IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| RONNIE BUCKNER | * |
| Plaintiff, | * |
| vs. | *  No. 4:11CV00644 SWW |
| ROCKY LAWRENCE, ET AL., | * |
| Defendants. | * |

**Order**

Before the Court is the motion of separate defendants Karl Byrd, Dalton Elliott, Jerry Gross, David Hall, Rocky Lawrence, Melinda Mickels, Steven D. Padgett, and Matt Rice for an extension of time to answer the complaint to which plaintiff objects. The motion [docket entry 9] is granted. Separate defendants have until and including October 23, 2011, in which to file an answer to plaintiff's complaint.

Also before the Court is plaintiff's motion for an extension of time to file a response to defendant Frank Shaw's motion to dismiss. The motion [docket entry 16] is granted. Plaintiff has until and including October 17, 2011, in which to respond to the motion to dismiss filed on September 9, 2011.

Plaintiff filed a motion to allow his nephew, a layman, to represent him. Title 28 United States Code Section 1654 "does not permit unlicensed laymen to represent anyone other than themselves." *Lattanzio v. COMTA*, 481 F.3d 137, 139 (2nd Cir. 2007)(internal quotation and citation omitted). Plaintiff's motion [docket entry 18] is denied.

SO ORDERED this 23rd day of September, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE